IDA M. TOOLEY, as Administratrix of the Estate of ARTHUR A. TOOLEY, Deceased, Respondent, *v.* THE STATE OF NEW YORK, Appellant. (Claim No. 21709.)

(Argued June 6, 1932; decided June 21, 1932.)

*John J. Bennett, Jr., Attorney-General (J. Stanley Carter* of counsel), for appellant.

*Bayard J. Stedman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.